UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 10-04893-CAD |
|---|---|---|
| | § | |
| JAVIER BELTRAN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $126,190.00 | Assets Exempt: | $19,200.00 |
| Total Distributions to Claimants: | $1,648.82 | Claims Discharged Without Payment: | $20,166.18 |
| Total Expenses of Administration: | $552.45 | | |

3) Total gross receipts of $2,201.27 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $2,201.27 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $154,218.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $552.45 | $552.45 | $552.45 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $21,789.00 | $16,654.00 | $16,654.00 | $1,648.82 |
| **Total Disbursements** | $176,007.00 | $17,206.45 | $17,206.45 | $2,201.27 |

4). This case was originally filed under chapter 7 on 02/09/2010. The case was pending for 22 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/29/2011     By:   /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Money received from Income Tax Refund | 1129-000 | $2,200.00 |
| Interest Earned | 1270-000 | $1.27 |
| **TOTAL GROSS RECEIPTS** | | $2,201.27 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aurora Loan | 4110-000 | $154,218.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $154,218.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $550.29 | $550.29 | $550.29 |
| David Leibowitz, Trustee | 2200-000 | NA | $2.16 | $2.16 | $2.16 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $552.45 | $552.45 | $552.45 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue | 5800-000 | $0.00 | NA | NA | $0.00 |
| | Internal Revenue | 5800-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**
 **UST Form 101-7-TDR (5/1/2011)**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | TARGET NATIONAL BANK | 7100-900 | $3,076.00 | $3,270.56 | $3,270.56 | $411.88 |
| 2 | Chase Bank USA, N.A. | 7100-900 | $4,655.00 | $4,848.51 | $4,848.51 | $610.61 |
| 3 | Chase Bank USA, N.A. | 7100-900 | $2,479.00 | $2,570.87 | $2,570.87 | $323.77 |
| 4 | Chase Bank USA, N.A. | 7100-900 | $2,288.00 | $2,402.44 | $2,402.44 | $302.56 |
| 5 | CitiFinancial, Inc | 7200-000 | $4,130.00 | $3,561.62 | $3,561.62 | $0.00 |
|  | Sears/Cbsd | 7100-000 | $5,161.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $21,789.00 | $16,654.00 | $16,654.00 | $1,648.82 |

**UST Form 101-7-TDR (5/1/2011)**

Case 10-04893 Doc 28 Filed 01/20/12 Entered 01/20/12 18:43:10 Desc Main
Document Page 5 of 10

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1
Exhibit 8

| | | |
|---|---|---|
| **Case No.:** | 10-04893-CAD | |
| **Case Name:** | BELTRAN, JAVIER | |
| **For the Period Ending:** | 12/29/2011 | |

| | | |
|---|---|---|
| **Trustee Name:** | David Leibowitz | |
| **Date Filed (f) or Converted (c):** | 02/09/2010 (f) | |
| **§341(a) Meeting Date:** | 03/24/2010 | |
| **Claims Bar Date:** | 07/30/2010 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Primary Residence commonly, Trumbull Ave Chicago | $119,790.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2  Checking Account held by Bank of America | $300.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from Amended Doc#: 11 | | | | | |
| 3  Miscellaneous Household Goods | $500.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from Amended Doc#: 11 | | | | | |
| 4  Clothes | $200.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from Amended Doc#: 11 | | | | | |
| 5  Money received from Income Tax Refund | $5,000.00 | $2,200.00 | DA | $2,200.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from Amended Doc#: 11 | | | | | |
| 6  Yamaha Jetski | $400.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from Amended Doc#: 11 | | | | | |
| 7  VOID | $0.00 | $0.00 | | $0.00 | FA |
| INT  Interest Earned  **(u)** | Unknown | Unknown | | $1.27 | FA |

**TOTALS (Excluding unknown value)**  $126,190.00    $2,200.00           **Gross Value of Remaining Assets**  $2,201.27    $0.00

**Major Activities affecting case closing:**
3.26.10 received check for tax refunds received by debtor
TFR to be done by 03/31/2011
TFR Completed for Trustee's review.

**Initial Projected Date Of Final Report (TFR):** 03/13/2011      /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):** 03/13/2011      DAVID LEIBOWITZ

Case 10-04893 Doc 28 Filed 01/20/12 Entered 01/20/12 18:43:10 Desc Main Document Page 6 of 10

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |  | | |
|---|---|---|---|---|---|
| **Case No.** | 10-04893-CAD | | **Trustee Name:** | David Leibowitz | |
| **Case Name:** | BELTRAN, JAVIER | | **Bank Name:** | The Bank of New York Mellon | |
| **Primary Taxpayer ID #:** | ******2771 | | **Money Market Acct #:** | ******8965 | |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Money Market Account | |
| **For Period Beginning:** | 2/9/2010 | | **Blanket bond (per case limit):** | $5,000,000.00 | |
| **For Period Ending:** | 12/29/2011 | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account | Wire in from JPMorgan Chase Bank, N.A. account ********8965 | 9999-000 | $2,200.01 | | $2,200.01 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.10 | | $2,200.11 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.13 | | $2,200.24 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $0.09 | | $2,200.33 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $2,200.33 | $0.00 |
| | | | **TOTALS:** | | $2,200.33 | $2,200.33 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $2,200.01 | $2,200.33 | |
| | | | **Subtotal** | | $0.32 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.32 | $0.00 | |

| **For the period of 2/9/2010 to 12/29/2011** | | **For the entire history of the account between 04/06/2010 to 12/29/2011** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.32 | Total Compensable Receipts: | $0.32 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.32 | Total Comp/Non Comp Receipts: | $0.32 |
| Total Internal/Transfer Receipts: | $2,200.01 | Total Internal/Transfer Receipts: | $2,200.01 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,200.33 | Total Internal/Transfer Disbursements: | $2,200.33 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2
Exhibit 9

Case 10-04893 Doc 28 Filed 01/20/12 Entered 01/20/12 18:43:10 Desc Main
Document Page 7 of 10

| | | |
|---|---|---|
| **Case No.** | 10-04893-CAD | |
| **Case Name:** | BELTRAN, JAVIER | |
| **Primary Taxpayer ID #:** | ******2771 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 2/9/2010 | |
| **For Period Ending:** | 12/29/2011 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Money Market Acct #:** | ******8965 |
| **Account Title:** | Money Market Account |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/29/2010 | (5) | Javier Beltran | | 1129-000 | $2,200.00 | | $2,200.00 |
| 04/06/2010 | | Wire out to BNYM account ********8965 | Wire out to BNYM account ********8965 | 9999-000 | ($2,200.01) | | ($0.01) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.01 | | $0.00 |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | ($2,200.01) | $0.00 | |
| | | | **Subtotal** | | $2,200.01 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2,200.01 | $0.00 | |

**For the period of 2/9/2010 to 12/29/2011**

| | |
|---|---|
| Total Compensable Receipts: | $2,200.01 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,200.01 |
| Total Internal/Transfer Receipts: | ($2,200.01) |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/29/2010 to 12/29/2011**

| | |
|---|---|
| Total Compensable Receipts: | $2,200.01 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,200.01 |
| Total Internal/Transfer Receipts: | ($2,200.01) |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 10-04893-CAD | |
| **Case Name:** | BELTRAN, JAVIER | |
| **Primary Taxpayer ID #:** | ******2771 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 2/9/2010 | |
| **For Period Ending:** | 12/29/2011 | |

| | | |
|---|---|---|
| **Trustee Name:** | David Leibowitz | |
| **Bank Name:** | Sterling Bank | |
| **Checking Acct #:** | ******4893 | |
| **Account Title:** | | |
| **Blanket bond (per case limit):** | $5,000,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 05/11/2011 | | Transfer From: #******4893 | | 9999-000 | $2,201.27 | | $2,201.27 |
| 05/11/2011 | 2001 | David Leibowitz | Trustee Expenses | 2200-000 | | $2.16 | $2,199.11 |
| 05/11/2011 | 2002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $550.29 | $1,648.82 |
| 05/11/2011 | 2003 | TARGET NATIONAL BANK | Claim #: 1; Amount Claimed: 3,270.56; Amount Allowed: 3,270.56; Distribution Dividend: 12.59; | 7100-900 | | $411.88 | $1,236.94 |
| 05/11/2011 | 2004 | Chase Bank USA, N.A. | Claim #: 2; Amount Claimed: 4,848.51; Amount Allowed: 4,848.51; Distribution Dividend: 12.59; | 7100-900 | | $610.61 | $626.33 |
| 05/11/2011 | 2005 | Chase Bank USA, N.A. | Claim #: 3; Amount Claimed: 2,570.87; Amount Allowed: 2,570.87; Distribution Dividend: 12.59; | 7100-900 | | $323.77 | $302.56 |
| 05/11/2011 | 2006 | Chase Bank USA, N.A. | Claim #: 4; Amount Claimed: 2,402.44; Amount Allowed: 2,402.44; Distribution Dividend: 12.59; | 7100-900 | | $302.56 | $0.00 |
| | | | **TOTALS:** | | $2,201.27 | $2,201.27 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $2,201.27 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $2,201.27 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $2,201.27 | |

| For the period of 2/9/2010 to 12/29/2011 | | For the entire history of the account between 05/11/2011 to 12/29/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,201.27 | Total Internal/Transfer Receipts: | $2,201.27 |
| | | | |
| Total Compensable Disbursements: | $2,201.27 | Total Compensable Disbursements: | $2,201.27 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,201.27 | Total Comp/Non Comp Disbursements: | $2,201.27 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | |
|---|---|---|---|---|---|
| **Case No.** | 10-04893-CAD | | **Trustee Name:** | David Leibowitz | |
| **Case Name:** | BELTRAN, JAVIER | | **Bank Name:** | Sterling Bank | |
| **Primary Taxpayer ID #:** | ******2771 | | **Money Market Acct #:** | ******4893 | |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | MMA | |
| **For Period Beginning:** | 2/9/2010 | | **Blanket bond (per case limit):** | $5,000,000.00 | |
| **For Period Ending:** | 12/29/2011 | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 99990 | $2,200.33 | | $2,200.33 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.02 | | $2,200.35 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.09 | | $2,200.44 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.09 | | $2,200.53 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.09 | | $2,200.62 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.09 | | $2,200.71 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.09 | | $2,200.80 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.09 | | $2,200.89 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.09 | | $2,200.98 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.08 | | $2,201.06 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.09 | | $2,201.15 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.09 | | $2,201.24 |
| 05/11/2011 | (INT) | Sterling Bank | Account Closing Interest As Of 5/11/2011 | 1270-000 | $0.03 | | $2,201.27 |
| 05/11/2011 | | Transfer To: #******4893 | | 9999-000 | | $2,201.27 | $0.00 |
| | | | **TOTALS:** | | $2,201.27 | $2,201.27 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $2,200.33 | $2,201.27 | |
| | | | **Subtotal** | | $0.94 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.94 | $0.00 | |

| **For the period of 2/9/2010 to 12/29/2011** | | **For the entire history of the account between 06/25/2010 to 12/29/2011** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.94 | Total Compensable Receipts: | $0.94 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.94 | Total Comp/Non Comp Receipts: | $0.94 |
| Total Internal/Transfer Receipts: | $2,200.33 | Total Internal/Transfer Receipts: | $2,200.33 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,201.27 | Total Internal/Transfer Disbursements: | $2,201.27 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| **Case No.** | 10-04893-CAD | **Trustee Name:** | David Leibowitz |
| **Case Name:** | BELTRAN, JAVIER | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******2771 | **Money Market Acct #:** | ******4893 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | MMA |
| **For Period Beginning:** | 2/9/2010 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 12/29/2011 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $2,201.27 | $2,201.27 | $0.00 |

**For the period of 2/9/2010 to 12/29/2011**

| | |
|---|---|
| Total Compensable Receipts: | $2,201.27 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,201.27 |
| Total Internal/Transfer Receipts: | $4,401.60 |
| | |
| Total Compensable Disbursements: | $2,201.27 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,201.27 |
| Total Internal/Transfer Disbursements: | $4,401.60 |

**For the entire history of the case between 02/09/2010 to 12/29/2011**

| | |
|---|---|
| Total Compensable Receipts: | $2,201.27 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,201.27 |
| Total Internal/Transfer Receipts: | $4,401.60 |
| | |
| Total Compensable Disbursements: | $2,201.27 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,201.27 |
| Total Internal/Transfer Disbursements: | $4,401.60 |